UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 21-CV-0770-CBM-(Ex) | Date | January 29, 2021 |
|---|---|---|---|

| Title | *Westlake Fitness LLC et al. v. County of Ventura and Robert Levin, M.D., in his capacity as Health Officer for Ventura County* |
|---|---|

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER TO SHOW CAUSE RE: "NOTICE OF REMOVAL BY UNITED STATES OF AMERICA"**

On January 28, 2021, Plaintiffs filed the Complaint in this action asserting three claims against the County of Ventura and Robert Levin, M.D., in his capacity as Health Officer for Ventura County based on Governor Newsom's March 19, 2020 Executive Order N-33-20:  (1) a § 1983 inverse condemnation claim for violation of the Takings Clause under the Fifth and Fourteenth Amendments; (2) a § 1983 substantive due process claim for violation of the Fourteenth Amendment; and (3) a § 1983 procedural due process claim for violation of the Fourteenth Amendment.

After the Complaint was filed, Plaintiffs filed a "Notice of Removal by United States of America 28 U.S.C. § 1442(a)(1)" in this federal action.  (Dkt. No. 6.)  It appears Plaintiffs sought to remove an action filed by the County of Ventura and Health Officer for Ventura County against Plaintiffs in the Superior Court of California, County of Ventura, State Court Case No. 56-2021-00549550.[1]  However, 28 U.S.C. § 1442(a)(1), which Plaintiffs state is the basis for removal, provides that a civil action commenced in state court against the United States, or any agency or officer of the United States, may be removed to the "district court of the United States for the district and division embracing the place wherein it is pending."  Neither the United States of America, a federal agency, or a federal officer appears to be a named party in the underlying state court action (and they are not parties in this federal action).  Moreover, Plaintiffs are the named defendants in the state court action.  Therefore, removal of

---

[1] Plaintiffs' "Notice of Removal by the United States of America" attached briefing filed in the state court action re: an *ex parte* application by the County of Ventura and its Health Officer to enjoin plaintiffs from operating a gym or fitness center, but did not include the complaint filed in state court.

the state court action by Plaintiffs pursuant to 28 U.S.C. § 1442(a)(1) appears improper.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE, in writing, no later than February 8, 2021**, why State Court Case No. 56-2021-00549550 should not be remanded back to the Superior Court of California, County of Ventura.

**IT IS SO ORDERED.**